# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEVARGIZ SHANSOFF,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF STANISLAUS,<br><br>　　　　　Defendant. | **Case No. 1:16-cv-00858-DAD-EPG**<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>(ECF No. 2) |

On June 20, 2016, Plaintiff Gevargiz Shansoff ("Plaintiff") filed a Complaint. (ECF No. 1.) On that same date, Plaintiff filed an application to proceed *in forma pauperis* ("IFP") in lieu of paying the filing fee to commence an action in this Court. (ECF No. 2.) Based on the information provided in the application, Plaintiff has made the required showing pursuant to 28 U.S.C. § 1915(a). Accordingly, the request to proceed *in forma pauperis* is GRANTED. The Clerk of the Court is DIRECTED to issue summonses and civil new case documents to Plaintiff and to set a status conference re: consent/initial scheduling at an appropriate time and date in Courtroom 10 before Magistrate Judge Erica P. Grosjean.

IT IS SO ORDERED.

Dated:   **June 22, 2016**　　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1