**Panos Lagos (SBN 61821)**
**LAW OFFICES OF PANOS LAGOS**
5032 Woodminster Lane
Oakland, CA  94602
Tel. (510) 530-4078
Fax (510) 530-4725
e-mail: panos@panoslagoslaw.com

**Sanjay S. Schmidt (SBN 247475)**
**LAW OFFICE OF SANJAY S. SCHMIDT**
1388 Sutter Street, Suite 810
San Francisco, CA  94109
Tel. (415) 563-8583
Fax (415) 223-9717
e-mail: ss@sanjayschmidtlaw.com

Attorneys for Plaintiff,
GEVARGIZ SHANSOFF

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEVARGIZ SHANSOFF, | Case No.: 1:16-cv-00858-DAD-EPG |
| Plaintiff, | STIPULATION AND ORDER NAMING DOE ONE |
| v. | |
| **COUNTY OF STANISLAUS**, a municipal corporation, **SEVERAL UNIDENTIFIED STANISLAUS COUNTY SHERIFF'S DEPUTIES**, Individually, and **DOES 1** through **75**, Jointly and Severally, | |
| Defendants. | |

Plaintiff and Defendants, by and through their attorneys of record, hereby agree and stipulate that Stanislaus County Sheriff's Deputy Darwin Summerton be named in the place and stead of **DOE DEFENDANT ONE** (Defendant Summerton) in the above-captioned matter. Counsel for Defendant, County of Stanislaus, waives the requirement of service of process upon Defendant Summerton and shall file an Answer for Defendant Summerton within 20 days.

**IT IS SO STIPULATED.**
Dated: October 6, 2016

LAW OFFICES OF PANOS LAGOS
- and -
LAW OFFICE OF SANJAY S. SCHMIDT


*/s/Panos Lagos*
By: Panos Lagos, Esq.
Attorneys for Plaintiff,
GEVARGIZ SHANSOFF

Dated: October 7, 2016                          */s/Dan Farrar*
                                                Dan Farrar
                                                Attorney for Defendant,
                                                COUNTY OF STANISLAUS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION RE: DOE ONE
*Shansoff v. County of Stanislaus, et al.*
USDC (E.D. Cal.) Case No.: 1:16-cv-00858-DAD-EPG                                  - 2 -

**ORDER**

Although the parties have stipulated to the substituting DOE DEFENDANT ONE with Stanislaus County Sheriff's Deputy DARWIN SUMMERTON, there are no allegations in the Complaint specifically pertaining to DOE DEFENDANT ONE.  Federal notice pleading requires a short and plain statement of the claim showing that the pleader is entitled to relief, in order to give the defendant fair notice of what the claim is and the grounds upon which it rests. *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 555, 127 S. Ct. 1955, 1964, 167 L. Ed. 2d 929 (2007) (internal quotations and citations omitted).  Furthermore, "[a] plaintiff must allege facts, not simply conclusions, that show that an individual was personally involved in the deprivation of his civil rights." *Barren v. Harrington*, 152 F.3d 1193, 1194 (9th Cir. 1998) (providing that liability under § 1983 must be based on the personal involvement of the defendant).  Because there are no specific allegations as to DOE DEFENDANT ONE in the complaint, simply substituting of DOE DEFENDANT ONE with DARWIN SUMMERTON on the docket is insufficient.

Accordingly, Plaintiff is granted leave to file a First Amended Complaint within 30 days of this order that includes enough detail to give the new defendant fair notice of the allegations specifically pertaining to his alleged personal involvement in the deprivation of Plaintiff's civil rights.

IT IS SO ORDERED.

Dated:   **October 21, 2016**                           /s/ Erica P. Grosjean
                                                                            UNITED STATES MAGISTRATE JUDGE

STIPULATION RE: DOE ONE
*Shansoff v. County of Stanislaus, et al.*
USDC (E.D. Cal.) Case No.: 1:16-cv-00858-DAD-EPG                           - 3 -