UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEVARGIZ SHANSOFF,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF STANISLAUS, a municipal corporation; SEVERAL UNIDENTIFIED STANISLAUS COUNTY SHERIFF'S DEPUTIES, individually; and DOES 1 through 75,<br><br>　　　　　Defendants. | No.  1:16-cv-00858-DAD-EPG<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. No. 16) |

On November 18, 2016, the parties filed a joint stipulation dismissing the action without prejudice and with each party bearing its own costs and attorneys' fees.  (Doc. No. 16.)  In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed without prejudice and without an award of costs or attorneys' fees.  Accordingly, the Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated: **November 18, 2016**

　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28